UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MICHAEL STEVENS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHUGE NITE,<br><br>　　　　　Defendant. | No. 2:25-cv-00785-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 1, 6) |

Plaintiff Dean Michael Stevens is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a temporary restraining order (Doc. No. 1) be denied. (Doc. No. 6.) In particular, the magistrate judge observed that plaintiff's complaint, in which he alleges that another inmate, defendant "Shuge Nite"[1], was asked to put a "hit out on" him by "an outside person", fails to state a claim under 42 U.S.C. § 1983 because plaintiff has failed to allege that the named defendant was acting under color of state law. (*Id*. at 2–3.) Accordingly, the

---

[1] In the pending findings and recommendations, the magistrate judge observes that it appears that plaintiff may be referring to Marion Hugh "Suge" Knight, an inmate at Richard J. Donovan Correctional Facility and a public figure. (Doc. No. 6 at 2.)

1

1  magistrate judge concluded that plaintiff has also "fail[ed] to demonstrate a likelihood of success
2  on the merits." (*Id*. at 3.)  Those pending findings and recommendations were served on the
3  parties and contained notice that any objections thereto were to be filed within fourteen (14) days
4  after service. (*Id.* at 4.)  To date, no objections to the pending findings and recommendations
5  have been filed, and the time in which to do so has now passed.

6      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
7  *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the
8  findings and recommendations are supported by the record and by proper analysis.

9      Accordingly,

10     1.    The findings and recommendations issued on March 13, 2025 (Doc. No. 6) are
11         ADOPTED in full;
12     2.    Plaintiff's motion for a temporary restraining order (Doc. No. 1) is DENIED; and
13     3.    This matter is referred back to the assigned magistrate judge for further
14         proceedings.

15 IT IS SO ORDERED.

16 Dated: **June 26, 2025**

17     DALE A. DROZD
18     UNITED STATES DISTRICT JUDGE

2