UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN MICHAEL STEVENS,

Plaintiff,

v.

SHUGE NITE,

Defendant.

Case No. 2:25-cv-0785-DAD-JDP (P)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT PREJUDICE

(Doc. No. 15)

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action on March 10, 2025, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 18, 2025, the magistrate judge filed findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to prosecute and comply with court orders after plaintiff failed to respond in any way to the magistrate judge's June 10, 2025 order directing him to file a second amended complaint within thirty (30) days and an October 10, 2025 order to show cause. (Doc. No. 15) (citing Doc. Nos. 12, 14).

Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days. (Doc. No. 15 at 3.) Plaintiff has not

filed objections to the findings and recommendations and the time in which to do so has long since passed.

The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly:

1. The November 18, 2025 findings and recommendations (Doc. No. 15), are adopted in full;
2. This action is DISMISSED without prejudice due to plaintiff's failure to prosecute and failure to comply with court orders; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **November 5, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE